# PD-0529-15

NO. 05-14-01241-CR

IN THE COURT OF CRIMINAL APPEALS

AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta, Clerk

TERRY WAYNE LEE

V.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta, Clerk

FROM APPEAL NO. 05-14-01241-CR

TRIAL CAUSE NO. 41709

GRAYSON COUNTY TEXAS

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Terry Wayne Lee, pro se petitioner, and files this Motion For Extension Of Time To File Petition For Discretionary Review. In support of this motion, Petitioner would show the following:

I.

Petitioner was convicted in the 397th Judicial District Court of Grayson County, Texas of the offense of Murder in cause number 41709 styled The State of Texas vs. Terry Wayne Lee. Petitioner filed a Chapter 64 Motion For Testing Of Forensic DNA evidence secured in relation to this conviction. After the trial court denied said motion Petitioner appealed to The Fifth Supreme Judicial Court of Appeals in Dallas, Texas which affirmed the trial court's denial on April 14, 2015.

II.

The present deadline for filing the Petition For Discretionary Review is May 14, 2015. Petitioner has not requested any extensions prior to this request.

III.

Petitioner's request for an extension is based on the following facts;

Petitioner was not informed of the Court of Appeals decision in affirming the trial court's denial until April 27, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. My attorney Barrett Keith Brown, has informed him he will not file the petition for discretionary review. Petitioner asks for an extension of thirty (30) days to file this petition.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing this petition for discretionary review in case No. 05-14-01241-CR to June 13, 2015.

Respectfully submitted,

*Terry Wayne Lee*

Terry Wayne Lee, pro se


CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above first motion for extention of time to file petition for discretionary review has been forwarded by U.S. mail, postage prepaid, first class, to the attorney representing the State; Karla Baugh Hackett, 200 S. Crockett Street, Sherman, TX 75090 and to the State Prosecuting Attorney, P.O. Box 12405, Austin, TX 78711 on this the 4th day of May 2015.

*Terry Wayne Lee*

Terry Wayne Lee, pro se

I, Terry Wayne Lee TDCJ #663056, being presently incarcerated in the Powledge Unit of the Texas Department of Criminal Justice in Anderson County Texas do verify and declare under the penalty of perjury that the statements contained in this motion for extension of time to file petition for discretionary review are true and correct. Executed on this 4th day of May 2015.

Terry Wayne Lee, pro se